UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

| | |
|---|---|
| DAROLD LETO, | ) |
| Plaintiff, | ) ) ) |
| v. | ) Case No. CV415-271 |
| WHOLE FOODS MARKET GROUP, | ) ) ) |
| Defendant. | ) |

## ORDER

The Court having reviewed and considered the petition of Jennifer Lynn Ervin of the law firm of Baker, Donelson, Bearman, Caldwell & Berkowitz, PC, 3414 Peachtree Road, N.E., Suite 1600, Atlanta, Georgia 30326, for permission to appear pro hac vice on behalf of defendant Whole Foods Market Group, Inc., in the above-captioned case,

Said request is hereby GRANTED and the Clerk is DIRECTED to enter Jennifer Lynn Ervin as counsel of record for defendant Whole Foods Market Group, Inc., in this case.

**SO ORDERED** this __7th__ day of January, 2016.

_____
UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF GEORGIA